

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89118
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Marshalls of MA, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jo Ann Bowman,<br><br>                    Plaintiff,<br><br>  vs.<br><br>Marshalls of MA, Inc.; DOE Employees I through X, DOES I through X, and ROE Corporations I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:20-cv-1437<br><br>**Marshalls of MA, Inc's Jury Demand and Answer to Complaint** |

Marshalls of MA, Inc. request a jury trial per Rule 38 and answers the complaint as follows.

1. Admit.

2. Admit.

3. Marshalls of MA, Inc. lacks information sufficient to determine the accuracy of the allegations contained in this paragraph, so it denies them.

4. Marshalls of MA, Inc. lacks information sufficient to determine the accuracy of the allegations contained in this paragraph, so it denies them.

5. Marshalls of MA, Inc. lacks information sufficient to determine the accuracy of the allegations contained in this paragraph, so it denies them.

6. Marshalls admits that Plaintiff was in its store on August 11, 2018 and reports that she fell. It denies the remaining allegations in this paragraph.

7. Deny.

8.  Deny.

9.  Deny.

10. Deny.

11. Deny.

12. Deny.

13. Deny.

14. Deny.

**Affirmative Defenses**

1.  Plaintiff was comparatively negligent.

2.  Plaintiff did not mitigate damages.

3.  The event described in the complaint was an intervening, superseding cause.

4.  The event described in the complaint was the result of a third-party's sole negligence.

5.  The hazard alleged in the amended complaint was open and obvious.

**Prayer for Relief**

Defendant requests this matter be dismissed with prejudice.

DATED this 4th day of August, 2020.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Michael Lowry*
        MICHAEL P. LOWRY, ESQ.
        Nevada Bar No. 10666
        JONATHAN C. PATTILLO, ESQ.
        Nevada Bar No. 13929
        6689 Las Vegas Blvd. South, Suite 200
        Las Vegas, NV 89119
        Tel: 702.727.1400/Fax: 702.727.1401
        Attorneys for Marshalls of MA, Inc.

-2-

1

2

**Certificate of Service**

Pursuant to Rule 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman &

3    Dicker LLP, and that on August 4, 2020, I served **Marshalls of MA, Inc's Jury Demand and**

4    **Answer to Complaint** as follows:

5
☐     by placing same to be deposited for mailing in the United States Mail, in a sealed
envelope upon which first class postage was prepaid in Las Vegas, Nevada;

6

7
☒     via electronic means by operation of the Court's electronic filing system, upon each
party in this case who is registered as an electronic case filing user with the Clerk;

8

9

| Leon R. Symanski, Esq.<br>Craig P. Kenny & Associates<br>501 S. 8th Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff | |

10

11

12
BY:    */s/ Michael Lowry*

13
An Employee of



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28